EMPIRE CARPET CORPORATION, Respondent, *v.* BUSH TERMINAL BUILDINGS COMPANY, Appellant.

(Argued November 22, 1934; decided December 7, 1934.)

*Clarence S. Zipp, William S. O'Connor* and *James B. Henney* for appellant.

*I. Maurice Wormser, Edward C. Weinrib* and *Benjamin Seligman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.